| | |
|---|---|
| 1 | ANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California  93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
| | KEITH ALAN BRECKENRIDGE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-0104 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND |
| v. | ) | ORDER THEREON |
| | ) | |
| KEITH ALAN BRECKENRIDGE, | ) | Date: October 10, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Keith Alan Breckenridge, that the date for status conference may be continued to October 10, 2008, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is September 5, 2008.  The requested new date is October 10, 2008.**

Mr. Breckenridge is facing a potential 15-year mandatory minimum sentence if convicted of the pending charges.  Defense counsel believes that a mental evaluation of Mr. Breckenridge is necessary for the effective representation of the defendant.  This continuance is requested to allow time to complete the evaluation.

\\\\

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                                McGREGOR W. SCOTT
                                                                United States Attorney

DATED: September 2, 2008                        By /s/ David L. Gappa
                                                                  DAVID L. GAPPA
                                                                  Assistant United States Attorney
                                                                  Attorney for Plaintiff

                                                                   DANIEL J. BRODERICK
                                                                   Federal Defender

DATED: September 2, 2008                        By /s/ Eric V. Kersten
                                                                  ERIC V. KERSTEN
                                                                  Assistant Federal Defender
                                                                  Attorney for Defendant
                                                                  KEITH ALAN BRECKENRIDGE

## O R D E R

**Good cause exists for the requested/stipulated continuance.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 3, 2008**                /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE