DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEITH ALAN BRECKENRIDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00104 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. | ORDER THEREON |
| KEITH ALAN BRECKENRIDGE, | Date: October 31, 2008 |
| Defendants. | Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Keith Alan Breckenridge, that the date for status conference may be continued to October 31, 2008, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is October 10, 2008. The requested new date is October 31, 2008.**

Mr. Breckenridge is facing a potential 15-year mandatory minimum sentence if convicted of the pending charges.  Defense counsel believes that a mental evaluation of Mr. Breckenridge is necessary for the effective representation of the defendant.  This matter was previously continued from September 5, 2008 to October 10, 2008 to allow time for completion of the evaluation.   However, due to unanticipated delays in obtaining records and approval for expenditure of funds the evaluation has not yet been completed.  Defense counsel requests a final continuance to allow for completion of the evaluation.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

DATED: October 8, 2008                        By  /s/ David L. Gappa
                                                            DAVID L. GAPPA
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff

                                                            DANIEL J. BRODERICK
                                                            Federal Defender

DATED: October 8, 2008                        By  /s/ Eric V. Kersten
                                                            ERIC V. KERSTEN
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            KEITH ALAN BRECKENRIDGE

## O R D E R

Good cause exists for the continuance, pursuant to the reasons stated in the stipulation.   The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   October 8, 2008**                 /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE